IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:05CR3096 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ANDREW JAMES STRAUGHN, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 45, presently set for February 7, 2012, at 12:30 p.m. Being fully advised in the premises, and noting that the government and Probation Office have no objection, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's supervised release revocation hearing shall be set for the 10th day of April, 2012, at 12:00 noon. The defendant is ordered to appear at said time.

Dated this 6th day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge